1  JACK RUSSO (State Bar No. 96068)
   CHRISTOPHER SARGENT (State Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   400 Florence Street
3  Palo Alto, CA 94301
   Telephone: (650) 327-9800
4  Facsimile: (650) 618-1863
   E-mail: jrusso@computerlaw.com
5          csargent@computerlaw.com

6  Attorneys for Defendants
   BIJOUX TERNER, INC., BIJOUX TERNER LLC,
7  BIJOUX TERNER RETAIL, LLC, BIJOUX
   TERNER, LIMITED PARTNERSHIP, LTD.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  FRENCH BULL, LLC, a New York limited liability company, | Case No.: CV-10-5470 JCS |
| 14            Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER** |
| 15                  vs. | |
| 16  BIJOUX TERNER, INC., a Florida corporation, BIJOUX TERNER LLC, a Delaware limited liability company, BIJOUX TERNER RETAIL, LLC, a Delaware limited liability company, BIJOUX TERNER, LIMITED PARTNERSHIP, LTD., a Delaware limited partnership, | |
| 20            Defendants. | |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties' undersigned
2  counsel, that pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule 6-1(a), and
3  other applicable law, Plaintiff French Bull, LLC and Defendants Bijoux Terner, Inc., Bijoux Terner
4  LLC, Bijoux Terner Retail, LLC, Bijoux Terner, Limited Partnership, Ltd. ("Defendants") hereby
5  agree to extend the time for all of the Defendants to file their response to the Complaint in the instant
6  action by twenty (20) days, or until January 17, 2011.

SO STIPULATED:

| COMPUTERLAW GROUP LLP | SCHWARTZ & CERA LLP |
|---|---|
| By:   /s/   <br> Jack Russo | By:   /s/   <br> Douglas Schwartz |
| Attorneys for Defendants <br> BIJOUX TERNER, INC., BIJOUX TERNER LLC, BIJOUX TERNER RETAIL, LLC, BIJOUX TERNER, LIMITED PARTNERSHIP, LTD. | Attorneys for Plaintiff <br> FRENCH BULL, LLC |

Dated: Jan. 3, 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero