JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
COMPUTERLAW GROUP LLP
400 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 618-1863
E-mail: jrusso@computerlaw.com
          csargent@computerlaw.com

Attorneys for Defendants
BIJOUX TERNER, INC., BIJOUX TERNER LLC,
BIJOUX TERNER RETAIL, LLC, BIJOUX
TERNER, LIMITED PARTNERSHIP, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRENCH BULL, LLC, a New York limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>BIJOUX TERNER, INC., a Florida corporation, BIJOUX TERNER LLC, a Delaware limited liability company, BIJOUX TERNER RETAIL, LLC, a Delaware limited liability company, BIJOUX TERNER, LIMITED PARTNERSHIP, LTD., a Delaware limited partnership,<br><br>    Defendants. | Case No.: CV-10-5470 JCS<br><br>**SECOND STIPULATION AND ORDER EXTENDING TIME TO ANSWER** |

    Plaintiff French Bull, LLC and Defendants Bijoux Terner, Inc., Bijoux Terner LLC, Bijoux Terner Retail, LLC, Bijoux Terner, Limited Partnership, Ltd. ("Defendants"), by and between the parties' undersigned counsel, that pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Rule 6-2, and other applicable law, stipulate and agree as follows:

1  WHEREAS, the parties are actively engaged in meaningful settlement discussions;

2  WHEREAS, the first stipulation extending time to answer has a Court-approved deadline of

3  January 17, 2011; and

4  WHEREAS, a second extension of time to February 16, 2011, will not conflict with any

5  scheduled dates on the Court's ADR Scheduling Order.

6  ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE to extend the time

7  for all of the Defendants to file their response to the Complaint in the instant action by an additional

8  thirty (30) days, or until February 16, 2011.

SO STIPULATED:

| COMPUTERLAW GROUP LLP | SCHWARTZ & CERA LLP |
|---|---|
| By: ___/s/___<br>Jack Russo | By: ___/s/___<br>Douglas Schwartz |
| Attorneys for Defendants<br>BIJOUX TERNER, INC., BIJOUX TERNER LLC, BIJOUX TERNER RETAIL, LLC, BIJOUX TERNER, LIMITED PARTNERSHIP, LTD. | Attorneys for Plaintiff<br>FRENCH BULL, LLC |

GOOD CAUSE appearing therefore, the Court orders to extend the time for all of the Defendants to file their response to the Complaint in the instant action by an additional thirty (30) days, or until February 16, 2011.

IT IS SO ORDERED:

Dated: Jan. 18, 2011                           _____
                                                                    Joseph C. Spero